JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERA MINKLER, | Case No.: CV 09-01043 SJO (RZx) |
| Plaintiff, | **JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 68** |
| v. | |
| CITY OF OXNARD, and DOES 1 through 10, inclusive | |
| Defendants. | |

Based on the City of Oxnard's Offer of Judgment dated December 7, 2009 and Chera Minkler's Acceptance dated December 8, 2009:

Plaintiff shall have judgment against Defendant CITY OF OXNARD in the amount of nine thousand and one dollars ($9,001.00) in settlement of all of plaintiff's monetary claims, except for the plaintiff's claim for attorneys' fees to be determined by motion.

12/21/09

Dated: _____    By: _____
                        S. JAMES OTERO
                        UNITED STATES DISTRICT JUDGE