# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERA MINKLER, | NO. CV 09-01043 SJO (RZx) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| CITY OF OXNARD, | |
| Defendant. | |

Having read and considered the moving papers and all exhibits in support of Plaintiff's Motion for an Award of Attorney's Fees and Costs and all papers filed by Defendant in opposition to Plaintiff's Motion and finding good cause therefore, the Court hereby **GRANTS** Plaintiff's Motion for an Award of Attorney's Fees and Costs pursuant to modification by the Court, and orders Defendant to pay Plaintiff in the sum of $15,901.50.

IT IS SO ORDERED.

Dated: February 11, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE